SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 18 2011
J. T. NOBLIN, CLERK
BY ____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.

WILLIAM GRADY SIMS

CRIMINAL NO. 3:11cr90DCB-LRA

18 U.S.C. § 242
18 U.S.C. § 1512(b)(1)

**The Grand Jury charges:**

COUNT 1

From on or about November 26, 2009, in Leake County in the Jackson Division of the Southern District of Mississippi, and elsewhere, the defendant, **WILLIAM GRADY SIMS**, then Mayor of the town of Walnut Grove and Warden of the Walnut Grove Transition Center, a secured facility housing inmates in the custody of the Mississippi Department of Corrections, while acting under color of law, sexually assaulted "M.P.," an inmate under the custody and control of SIMS at the Walnut Grove Transition Center, resulting in bodily injury to "M.P.," willfully depriving "M.P." of the right, secured and protected by the Constitution and laws of the United States, to be free from sexual abuse, in violation of Section 242, Title 18, United States Code.

COUNT 2

On or about March 15, 2010, in Leake County in the Jackson Division of the Southern District of Mississippi, the defendant, **WILLIAM GRADY SIMS**, did knowingly attempt to corruptly persuade "M.P." by instructing "M.P." to lie to investigators regarding the events in

Count 1, with the intent to influence the testimony of "M.P." in an official proceeding, namely a federal grand jury proceeding, in violation of Section 1512(b)(1), Title 18, United States Code.

_____
JOHN M. DOWDY, JR.
United States Attorney

A TRUE BILL:

S/Signature Redacted

Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the __18th__ day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE