Post Office Box 101
Union, Mississippi 39365
Telephone: 601-774-9777
Facsimile: 601-774-9888

May 23, 2012

Sent Via email:

Hon. David Bramlette, III
Senior District Judge
P.O. Drawer 928
Natchez, MS 39121

Re: United States of America v. William Grady Sims
In The United States District Court for the Southern District of Mississippi
Jackson Division
Criminal No. 3:11cr90DCB-LRA

Dear Judge Bramlette:

My above referenced client, William Grady Sims, has been sentenced by your Honor and is to report to federal prison in Miami, Florida on June 11, 2012. I write to request your permission for Mr. Sims to leave the Southern District of Mississippi to be with his family in Tampa, Florida from June 1, 2012 until June 5, 2012. He and his wife would be visiting in their daughter's home if this travel is permitted.

I have discussed this matter with the prosecutor in this cause, Hon. Mike Hurst, and he has no objection to this request. Also, Mr. Fentress, the U. S. Probation Officer for Mr. Sims has no objection.

I thank you aforehand for your consideration of this request, and as always, I am

Sincerely,

Christopher A. Collins

CAC/ter
pc: Hon. Mike Hurst