IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 3:11cr90DCB-LRA

WILLIAM GRADY SIMS


<u>ORDER</u>


BEFORE THE COURT is the request of William Grady Sims, through counsel, to travel from Mississippi to Tampa, Florida to be with his family on the dates beginning June 1, 2012 until June 5, 2012. Permission is hereby granted.

This the <u>25th</u> day of May, 2012.



                              s/David Bramlette
                              UNITED STATES DISTRICT JUDGE